United States District Court
Southern District of Texas
**ENTERED**
July 09, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAUL RODRIGUEZ, § | | |
| Plaintiff § | | |
| § | | |
| v. § | | Case No. 1:19cv49 |
| § | | |
| GREAT LAKES INSURANCE SE, § | | |
| Defendant § | | |

**MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

The Court is in receipt of Defendant Great Lakes Insurance SE's Motion for Partial Dismissal Pursuant to Rule 12(b)(6) (hereinafter, Defendant's "Motion" or "Motion to Dismiss"). Dkt. No. 2. For the reasons provided below, it is recommended that Defendant's Motion be **DENIED** as moot.

### I. Jurisdiction

This Court has federal diversity jurisdiction pursuant to 28 U.S.C. § 1332.

### II. Discussion

Defendant's Motion seeks the partial dismissal of Plaintiff Raul Rodriguez's Original Petition on the grounds that the Petition fails to provide any facts to support Plaintiff's extra-contractual causes of action. Dkt. No. 2 at 1-2 (citing Dkt. No. 1-1). Plaintiff's Original Petition is no longer the live complaint in this action. On

June 25, 2019, the Court ordered Plaintiff to file an amended complaint which complies with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Southern District of Texas. Dkt. No. 7. On July 8, 2019, Plaintiff filed his First Amended Complaint. Dkt. No. 8. Plaintiff's First Amended Complaint is now the live Complaint in this action, and it contains factual allegations in support of Plaintiff's extra-contractual causes of action. *Id*. at 2-11. Accordingly, Defendant's Motion to Dismiss should be **DENIED** as moot.

### III.  Notice to the Parties

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within fourteen days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. *Douglass v. United Services Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996).

**SIGNED** on this 9th day of July, 2019.

Ignacio Torteya, III
United States Magistrate Judge