UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAUL RODRIGUEZ, | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:19-cv-00049 |
| | § | |
| GREAT LAKES INSURANCE SE, | § | |
|    Defendant. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" ("R&R") (Docket No. 10) in the above-captioned case. The R&R recommended the Court deny Great Lakes Insurance SE's ("Defendant") "Defendant's Motion for Partial Dismissal Pursuant to Rule 12(b)(6)" ("MTD") (Docket No. 2) as moot. Docket No. 10. No objections were filed. Plaintiff's "Amended Complaint" (Docket No. 8) abrogated "Plaintiff's Original Petition" (Docket No. 1 Ex. 1). Thus, the Court **ADOPTS** the R&R (Docket No. 10) in its entirety and **DENIES** the MTD (Docket No. 2) as **moot**.

Signed on this 19th day of September, 2019.

_____
Rolando Olvera
United States District Judge